**FILED**

JUN 26 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
08 JUN 26 PM 12:36
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Clerk,

    Per your request is enclosed my Application To Proceed in Forma Pauperis in **CV-08-2939 MMC (PR)**.

Thank you for your assistance in this matter.


Sincerely,


CLETO SIQUEROS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cleto Sigueiros

        Plaintiff,

vs.

Ken Clark, Warden,

        Defendant.

CASE NO. CV-08-2939 MMC

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Cleto Sigueiros, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or              Yes ___  No _X_
10           self employment
11     b.   Income from stocks, bonds,           Yes ___  No _X_
12          or royalties?
13     c.   Rent payments?                        Yes ___  No _X_
14     d.   Pensions, annuities, or               Yes ___  No _X_
15          life insurance payments?
16     e.   Federal or State welfare payments,    Yes ___  No _X_
17          Social Security or other govern-
18          ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.   Are you married?                          Yes ___  No ___
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

1   b.  List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES).
5   _None_____
6   _____
7   5.  Do you own or are you buying a home?    Yes ___ No _X_
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.  Do you own an automobile?    Yes ___ No _X_
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ___ No _X_ If so, Total due: $_____
12  Monthly Payment: $_____
13  7.  Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $_____
17  Do you own any cash? Yes ___ No _X_ Amount: $_____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ___ No _X_
20  _____
21  8.  What are your monthly expenses?
22  Rent: $ _None_____ Utilities: _None_____
23  Food: $ _None_____ Clothing: _None_____
24  Charge Accounts:
25  Name of Account       Monthly Payment       Total Owed on This Acct.
26  _None_____ $ _____ $ _____
27  _None_____ $ _____ $ _____
28  _None_____ $ _____ $ _____ 9.  Do

```
REPORT ID: TS3030  .701                              REPORT DATE: 06/03/08
                                                     PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                            SATF/SP AT CORCORAN
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 03, 2008

ACCOUNT NUMBER : V76620              BED/CELL NUMBER: FDG1T1000000111L
ACCOUNT NAME   : SIQUEIROS, CLETO    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY

 << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                            TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL       TOTAL         CURRENT      HOLDS       TRANSACTIONS
BALANCE      DEPOSITS    WITHDRAWALS   BALANCE      BALANCE     TO BE POSTED
---------    --------    -----------   -------      -------     ------------
  0.00        0.00         0.00          0.00        0.00          0.00

                                                   CURRENT
                                                   AVAILABLE
                                                   BALANCE
                                                   ----------
                                                     0.00
                                                   ----------
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:                    JUN 0 3 2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
         TRUST OFFICE

ORIGINAL FILED

JUN 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

JUN 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your petition has been filed as civil case number **CV 08 2939 MMC (PR)**

A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee **and** **filing**

1. ✓ you did not file an In Forma Pauperis Application.

2. ___ the In Forma Pauperis Application you submitted is insufficient because:

   ___ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ___ Your In Forma Pauperis Application was not completed in its entirety.

   ___ You did not sign your In Forma Pauperis Application.

   ___ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ___ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ___ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
Deputy Clerk

rev. 11/07

SIQUEIROS

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | _____No_____
4 | _____
5 | 10.  Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes ___ No _X_
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____None_____
10 | _____
11 | I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 | I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.
15 |
16 | 6/1/08                          Siqueiros. C.
17 | DATE                         SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

CLETO SIQUEROS
SATF
V-76620/1-D-111
P.O. Box 5242
Corcoran, CA 93212

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL  PERMIT NO. 12615  WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

ATTN: CV-08-2939 MMC (PR)

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES