IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLETO SIQUEIROS,** <br><br> Petitioner, <br><br> v. <br><br> **KER CLARK, Warden,** <br><br> Respondent. | Case No. C 08-2939 MMC (PR) <br><br> [~~PROPOSED~~] **ORDER** |

IT IS HEREBY ORDERED that the time within which respondent is to respond to the Order to Show Cause of January 26, 2009, and provide the relevant state court record, will be extended to June 26, 2009. Petitioner's traverse, if any, shall be filed and served within 30 days of service of an answer or otherwise responsive pleading.

Dated: ____April 30, 2009_____       _____
                                             The Honorable Maxine M. Chesney

1