IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLETO SIQUEIROS, ) | No. C 08-2939 MMC (PR) |
| ) Petitioner, ) | **ORDER GRANTING PETITIONER'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING** |
| v. ) | |
| WILLIAM KNIPP, Warden, ) | |
| ) Respondent. ) | **(Docket No. 22)** |
| _____ ) | |

On June 12, 2008, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 18, 2011, the Court granted petitioner leave to file supplemental briefing and exhibits in support of petitioner's ineffective assistance of counsel claim. Petitioner now seeks an extension of time to file such briefing and exhibits. This is petitioner's second request for such extension.

GOOD CAUSE APPEARING, petitioner's request for an extension of time is hereby GRANTED. Petitioner shall file his supplemental briefing on his ineffective assistance of counsel claim, such briefing not to exceed fifteen pages in length, and any additional exhibits in support thereof, no later than **January 19, 2012**. Respondent shall file a supplemental answer, not to exceed fifteen pages in length, within **thirty days** of the filing of petitioner's supplemental briefing. If petitioner wishes to file a supplemental traverse, he shall do so

with **fifteen days** of the filing of respondent's supplemental answer; any such traverse is not to exceed ten pages in length.

This order terminates Docket No. 22.

IT IS SO ORDERED.

DATED: December 15, 2011

_____
MAXINE M. CHESNEY
United States District Judge