IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLETO SIQUEIROS,

                                  No. CV-08-2939  MMC (PR)

        Petitioner,

  v.                           **JUDGMENT IN A CIVIL CASE**

WILLIAM KNIPP, Warden,

        Respondent.

_____/

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    The petition for a writ of habeas corpus is hereby DENIED and a certificate of appealability is hereby DENIED.

Dated: June 25, 2012                  Richard W. Wieking, Clerk

                                          *Tracy Lucero*

                               By: Tracy Lucero
                               Deputy Clerk